**Opinion issued December 19, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-24-00980-CR**

————————————

**IN RE KRISTINA SCHWEYER, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Kristina Schweyer, proceeding pro se, filed a document titled, "Writ of Mandamus and Writ of Error," asking this Court to "compel the Harris County District Attorney's Office . . . to comply with the Texas Rules and the Federal Constitution . . . and stay all discovery and litigation with the Harris County District

Clerk . . . until the Harris County District Attorney's Office grants [Relator's] [W]rit of Habeas Corpus . . . ."[1]

Relator's petition fails to comply with the Texas Rules of Appellate Procedure. There is no order and no sworn record submitted with the petition from which Relator purportedly seeks mandamus relief. Relator's petition is thus deficient. *See* TEX. R. APP. P. 52.3 (a)-(i), (j) (requiring inclusion of certification that petition is supported by competent evidence), (k) (requiring inclusion of certified or sworn copies of challenged orders), 52.7(a)(1) (requiring inclusion of sworn record); *In re Harrison*, No. 01-21-00531-CV, 2021 WL 4898073, *1 (Tex. App.—Houston [1st Dist.] Oct. 21, 2021, orig. proceeding) (mem. op.) (denying petition for writ of mandamus for failure to comply with Texas Rules of Appellate Procedure); *In re State ex rel. Glaser*, No. 06-20-00095-CR, 2020 WL 5163594, at *1 (Tex. App.—Texarkana Sept. 1, 2020, orig. proceeding) (mem. op.) ("We may deny a petition for a writ of mandamus for an inadequate record alone.").

We deny the petition. TEX. R. APP. P. 52.8(a). All pending motions are denied as moot.

**PER CURIAM**

---

[1] The underlying case is *The State of Texas v. Kristina Elizabeth Schweyer*, Cause No. 160288801010, in the County Criminal Court at Law No. 13 of Harris County, Texas, the Honorable Raul Rodriguez presiding.

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.

Do not publish. TEX. R. APP. P. 47.2(b).